# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CASE NUMBER: 18-5167MJ |
|---|---|
| V. Charles Richard Manrow | CRIMINAL COMPLAINT |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about November 15, 2018, in the District of Arizona, defendant CHARLES RICHARD MANROW, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of First Bank, located at 1559 North Litchfield Road, Goodyear, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC), and in the commission of the offense, used a dangerous weapon or device, that is, a BB gun, in violation of Title 18 U.S.C. § 2113(a) and (d).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Affidavit Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

AUTHORIZED BY: Robert L. Brooks, AUSA

Melony Barrett, Task Force Officer, FBI
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

November 16, 2018 at Phoenix, Arizona
Date — City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Melony Barrett, a Task Force Officer with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective with the Phoenix Police Department Robbery Unit and assigned as a Task Force Office with the Federal Bureau of Investigation's (FBI) in Arizona and am assigned to the Violent Crime Task Force. I have been a Police Officer since February 1998 and a member of the Violent Crime Task Force since July 2018. Prior to being assigned to the Violent Crime Task Force, I worked as a Detective investigating robberies, extortions and kidnappings for over 7 years. Additionally, I was previously assigned to the Drug Enforcement Bureau as a Detective and investigated human trafficking and pandering for 6 years.

2. I am investigating the criminal activities conducted on November 15, 2018 at First Bank, located at 1559 North Litchfield Road in Goodyear, Arizona. As shown below there is probable cause to believe that CHARLES RICHARD MANROW committed a bank robbery in violation of Title 18 U.S.C. § 2113.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. All United States currency stolen during the referenced robbery was federally insured by the Federal Deposit Insurance Corporation ("FDIC").

### PROBABLE CAUSE

4. <u>Robbery at First Bank, 1559 North Litchfield Road, Goodyear, AZ:</u> On November 15, 2018, at approximately 11:12 a.m., an unknown white male committed a bank robbery at First Bank, located at 1559 North Litchfield Road, Goodyear, Arizona, a

federally insured financial institution. After entering the bank, the suspect approached the teller counter and placed a binder on the counter with a demand note which read "give me all the money, only in 100's, 50's, 20's, 10's and 5's." The suspect removed a black handgun from the binder and placed it on the top of the binder for the teller to see. The teller complied and began removing cash from the register and placed it on the binder. The suspect told the teller he had a device that would activate an alarm and removed a small black object from the binder. The suspect took the money, placed it in the binder and told the teller to walk to the ladies bathroom. The suspect followed behind the teller and walked toward the parking lot. The suspect obtained approximately $1,270 in U.S. currency. The suspect was observed by a witness entering a dark gray Toyota Corolla with an Oregon license plate. The suspect, as described by witnesses and captured on surveillance video, appears to be an elderly male approximately 60-70 years old; 5'8"-5'10" tall, large chest, wearing a long sleeve thermal style shirt; blue slacks; black shoes; white baseball hat; eyeglasses and carrying a dark colored binder.

5.     The teller told her co-workers that she was just robbed and 911 was called. Goodyear Police Department responded to the bank. An unmarked unit with three Detectives was in the area prior to the call being broadcast. The unmarked unit observed a gray Toyota Corolla with an Oregon license plate of 327FYC traveling eastbound from the bank. The vehicle was driven by an elderly male and a high risk traffic stop was conducted at 13677 West McDowell Road. The driver, who was later identified CHARLES RICHARD MANROW ("MANROW"), complied with commands and was detained. The teller was transported to the listed location and positively identified MANROW as the suspect who robbed her. MANROW was transported to Goodyear Police Headquarters.

6.     On November 15, 2018, the Honorable Tammara J. Wright, Maricopa County Superior Court Judge, issued search warrant 2018-012032. This warrant authorized investigators to conduct searches of: the above referenced gray color Toyota Corolla; the

person of MANROW for a DNA sample, fingerprints, and photos. On November 15, 2018, investigators executed the search warrant.

7. During this search, law enforcement found clothing and other items which were consistent with the surveillance images from the robberies. Those items included:

- dark binder
- black BB gun
- demand note
- electrical adapter
- a white baseball hat
- a white long sleeve thermal style shirt
- blue dress pants
- black shoes
- $1,270 in U.S. currency

8. MANROW was interviewed by your affiant. During that interview, MANROW was shown surveillance images from the robberies and he identified himself in the photos. MANROW stated that he was recently released from prison and was residing at a half-way house in Long Beach, California. MANROW left the half-way house and knowingly violated the terms of his release. MANROW obtained $25,000 from a former drug associate to flee California. MANROW took a bus to Georgia and purchased the listed gray Toyota Corolla from his daughter. MANROW purchased a cell phone and a U.S. map and drove to Oregon. While in Oregon, MANROW stole an Oregon license plate and purchased a BB gun from Wal-mart for the future purpose of committing a bank robbery. MANROW drove to Arizona for the purpose of transporting marijuana.

9. MANROW was running low on money and decided he needed to rob banks while he is awaiting contact from his former drug associate. MANROW drove past the First Bank located at 1559 North Litchfield Road in Goodyear, Arizona and decided this was the bank he was going to rob. MANROW pulled into a nearby business complex and placed

the stolen Oregon license plate on his vehicle. MANROW arrived at the bank and admitted to presenting the demand note and displaying the gun. MANROW denied having a real gun and advised that the BB gun would be located in the vehicle along with the stolen money. MANROW stated that the electronic device he presented to the teller was for testing electrical outlets and he used it to scare the teller into believing he would know if she activated the alarm. MANROW stated that had he not been caught he would have continued to rob banks every two weeks or so until he started his drug trafficking.

## REQUEST FOR AUTHORIZATION

10. Based on the foregoing, I believe there is probable cause to arrest CHARLES RICHARD MANROW for the bank robbery referenced above in this document, in violation of Title 18 U.S.C. § 2113 (a) and (d).

11. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Melony Barrett, Task Force Officer
Federal Bureau of Investigation

Sworn before me this  16th  day of November, 2018.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge